**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW MEXICO**

CHARLES WARREN DA-QUAN,

    Plaintiff,

v.                                    No. 1:25-cv-293 SMD/JMR

FNU LNU,

    Defendant.

**FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Order of Dismissal filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this civil case.

**IT IS ORDERED, ADJUDGED, AND DECREED** that this civil habeas action is **DISMISSED without prejudice**.

                                      SARAH M. DAVENPORT
                                      UNITED STATES DISTRICT JUDGE